IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | : | |
| --- | --- | --- |
| | : | |
| Lisa Suarez | : | Chapter 13 |
| | : | |
| | : | Case No.  19-17916AMC |
| Debtor(s) | : | |

### CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Motion to Sell filed at docket number 35

Dated: September 17, 2020                               /s/ Brad J. Sadek, Esquire
                                                                            Brad J. Sadek, Esquire
                                                                            Sadek and Cooper
                                                                            1315 Walnut Street, Suite 502
                                                                            Philadelphia, PA 19107
                                                                            215-545-0008